Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHEN LEIFER and KATHRYN LEIFER, a married couple,

Plaintiffs,

v.

ALLSTATE INDEMNITY COMPANY, a foreign corporation,

Defendant.

NO.: 2:18-cv-00622-JLR

ORDER OF DISMISSAL

[~~PROPOSED~~]

The parties having stipulated that Plaintiffs' claims against Defendant Allstate Indemnity Company in the above-entitled matter be dismissed with prejudice and without additional fees, costs, or payments of any other sums of any kind or description; and the Court being fully advised in the premises; now, therefore,

IT IS HEREBY ORDERED that the above-entitled matter be and the same is dismissed with prejudice and without costs.

ORDER OF DISMISSAL
(No. 2:18-cv-00622-JLR)- 1

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

Dated: July 25, 2019.

_____
HONORABLE JAMES L. ROBART

Presented by:

| KILMER VOORHEES & LAURICK PC | MILLS MEYERS SWARTLING P.S. |
| Attorneys for Defendant | Attorneys for Plaintiffs |

By: *s/Robert S. May per email authority*
    Robert S. May
    WSBA No. 36116
    Email: Rmay@kilmerlaw.com

By: *s/Kasey D. Huebner*
    Bruce Winchell
    WSBA No. 14582
    bwinchell@millsmeyers.com
    Kasey D. Huebner
    WSBA No. 32890
    khuebner@millsmeyers.com

ORDER OF DISMISSAL
(No. 2:18-cv-00622-JLR)- 2

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Robert S. May          rmay@kilmerlaw.com; chicks@kilmerlaw.com

DATED: July 25, 2019 at Seattle, Washington.

*s/Anna Armitage*
Legal Assistant

ORDER OF DISMISSAL
(No. 2:18-cv-00622-JLR)- 3

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343